UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )  Cause No. 1:08-cr-0040-RLY-MJD |
| ANTHONY PEMBERTON, (01), | ) ) ) |
| Defendant. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Debra McVicker Lynch's Report and Recommendation dkt [93] recommending that Anthony Pemberton's supervised release be revoked, pursuant to Title 18 U.S.C. '3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. '3583, and with no objections being filed, the Court **APPROVES and ADOPTS** Magistrate Judge Lynch's Report and Recommendation dkt [93]. The Court finds that Mr. Pemberton committed Violation Numbers 1, 2, 3, & 4 as alleged by the U.S. Probation Office in its *Petition for Warrant or Summons for Offender under Supervision* dkts [68, 71, and 74]. The Court now orders that the defendant's supervised release is therefore **REVOKED,** and he is sentenced to the custody of the Attorney General or his designee for a period of twelve (12) months with no supervised release to follow. This sentence is to be served consecutive to the sentence received under 1:19-cr-0268-TWP-MJD-1.

IT IS SO ORDERED.

Date: 2/8/2022

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:
  All ECF-registered counsel of record via email generated by the court's ECF system
  United States Probation Office, United States Marshal